THE NEW YORK SMELTING AND REFINING COMPANY, Appellant, *v.* GEORGE LIEB, Respondent.

(Submitted April 23, 1890; decided May 9, 1890.)

APPEAL from judgment of the General Term of the Superior Court in the city of New York, entered upon an order made January —, 1889, which affirmed a judgment in favor of defendant entered upon a verdict and affirmed an order denying a motion for a new trial.

*Leopold Wallach* for appellant.

*P. Q. Eckerson* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

ORLANDO B. HASTINGS et al., Appellants, *v.* THE GILES LITHOGRAPHIC COMPANY, Respondent.

(Argued April 25, 1890; decided May 9, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 29, 1889, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit.

*Flamen B. Candler* for appellants.

*John Frankenheimer* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.